# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0955
LT Case Nos. 2018-CF-001011-A
2018-CF-001330-A

_____

MICHAEL B. NIEMI,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for  Citrus County.
Joel D. Fritton, Judge.

Michael B. Niemi, Inverness, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

December 11, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____